**IN RE B.A.**

[356 N.C. 662 (2003)]

IN THE MATTER OF: B.A., JUVENILE

No. 193PA02

(Filed 28 February 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 149 N.C. App. 667, 562 S.E.2d 607 (2002), reversing and vacating in part and affirming in part an amended juvenile adjudication order entered 7 June 2000 and a juvenile disposition order entered 3 October 2000, both orders entered by Judge John W. Smith in District Court, New Hanover County, and remanding for a new disposition hearing. Heard in the Supreme Court 3 February 2003.

*Roy Cooper, Attorney General, by Belinda A. Smith, Assistant Attorney General, for the State-appellant.*

*Smith, Smith & Harjo, by Jennifer Harjo, for juvenile-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.